**Randy D. FISHER, Petitioner–Appellant,**

v.

**OREGON BOARD OF PAROLE AND POST PRISON SUPERVISION; Brian Belleque, Respondents–Appellees.**

No. 07–36096.

United States Court of Appeals, Ninth Circuit.

Feb. 2, 2011.

Anthony David Bornstein, Esq., FPDOR—Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

* The Honorable Larry A. Burns, District Judge for the U.S. District Court for Southern Cali-

Jonathan W. Diehl, Esq., AGOR—Office of the Oregon Attorney General, Salem, OR, for Respondents–Appellees.

D.C. No. CV–05–00829–PA, District of Oregon, Portland.

Before: PAEZ and CLIFTON, Circuit Judges, and BURNS,* District Judge.

## ORDER

The Memorandum Disposition filed on January 18, 2011, is hereby withdrawn and vacated.

Within 14 days of the filing of this Order, each party shall submit a letter-brief addressing what effect, if any, the United States Supreme Court decision in *Swarthout v. Cooke*, 562 U.S. ——, 131 S.Ct. 859, 178 L.Ed.2d 732 (2011) has on this matter. The letter-briefs shall not exceed five pages.

The court will file a new disposition in due course.